UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES SABATINO

V.

SEAN COMBS;
BAD BOY ENTERTAINMENT;
JUSTIN COMBS PUBLISHING INC.;
KEISHA COMBS.
_____/

CASE NO:
**07-22638-CIV-COOKE/BROWN**

FILED by JC D.C.
ELECTRONIC
Oct. 4, 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# AFFIDAVIT

I, JAMES SABATINO, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THE FOLLOWING INFORMATION:

1. I HAVE NO ASSETS AT ALL. NO INCOME OR SAVEINGS. I DO NOT OWN ANY PROPERTY.

2. I CAN NOT PAY FOR THE FILEING FEE FOR THIS ACTION.

3. I HAVE TRIERD TO GET AN ACCOUNT STATEMENT FOR THE LASE SIX MONTHS FROM THE PRISION, BUT THEY HAVE NOY GIVEN IT TO ME.

I DECLARE UNDER THE PENALTY OF PERJURY THAT TYHE ABOVE IS TRUE AND CORRECT

9.28.07
DATE

JAMES SABATINO