07-22638.rr

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 07-22638 CIV COOKE

JAMES SABATINO,

    Plaintiff,

vs.

SEAN COMBS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before this Court on the complaint filed by pro se Plaintiff James Sabatino, who has moved to proceed in forma pauperis.

### Facts and Discussion

Section 1915(e)(2) of 28 United States Code, which concerns proceedings in forma pauperis, provides as follows:

> (2) Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that --
>
> (B) the action or appeal –
>
> (i) is frivolous or malicious;
> (ii) fails to state a claim on which relief may be granted; or
> (iii) seeks monetary relief against a defendant who is immune from such relief.

28 U.S.C. §1915(e)(2).

This Court finds that the complaint filed by Plaintiff is subject to dismissal pursuant to section (ii) above. Rule 8(a) of the Federal Rules of Civil Procedure states as follows:

> (a) Claims for Relief. A pleading which sets forth a claim for relief, whether an

1

> original claim, counterclaim, cross-claim, or third-party claim, shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, ...(2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks. Relief in the alternative or of several different types may be demanded.

Plaintiff has failed to state the specific basis upon which this Court has jurisdiction. Plaintiff merely alleges that "[f]ederal jurisdiction is invoked due to may of the claims affecting interstate commerce." Because Plaintiff's allegations appear to relate to a breach of contract, which would not, in itself, invoke the jurisdiction of this court, Plaintiff's complaint should be dismissed without prejudice to file an amended complaint which specifically states the cause(s) of action and basis for federal jurisdiction.

### Recommendation

Accordingly, this Court respectfully recommends that the complaint be **DISMISSED WITHOUT PREJUDICE, with leave to file an amended complaint within twenty (20) days.**

The parties have ten (10) days from the date of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Marcia G. Cooke, United States District Judge for the Southern District of Florida. Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

**DONE AND ORDERED** this 16 day of October, 2007 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Hon. Marcia G. Cooke
James Sabatino, pro se