UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES SABATINO
    PLAINTIFF,

VS.                                CASE NO: 07-22638-CIV-COOKE

SEAN COMBS, et. al.,
    DEFENDANTS.
_____/

## MOTION FOR AN ORDER TO HAVE USP ALLENWOOD PROVIDE A PRISON ACCOUNT STATEMENT

### STATEMENT OF FACTS

1) THE PLAINTIFF IS AN INMATE AT USP ALLENWOOD.

2) THE PLAINTIFF HAS REPEATDLY TRIED TO OBTAIN A PRISON ACCOUNT STATEMENT FROM PRISON OFFICALS TO PROVIDE TO THE COURT AS REQUIRED BY 28 U.S.C. §1951a.

3) TO DATE THE PLAINTIFF HAS NOT BEEN PROVIDED WITH SUCH DOCUMENT.

4) THE PLAINTIFF CAN NOT BE REQUIRED TO PROVIDE DOCUMENTS TO WHICH HE DOES NOT HAVE ACCESS TO.

5) THE PLAINTIFF ASKS THIS HONORABLE COURT TO ORDER USP ALLENWOOD TO PROVIDE THE REQUIRED PRISON ACCOUNT STATEMENT, SO THAT HE MAY SUBMIT IT TO THE COURT.

6) IN THE ALTERNITIVE, THE PLAINTIFF ASKS THAT THIS HONORABLE COURT GRANT HIM AN EXTENSION OF 30 DAYS TO OBTAIN THE PRISON ACCOUNT STATEMENT THROUGH THE INMATE GRIEVANCE PROCEDURE.

        **WHEREFORE** THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT GRANT THIS MOTION.

RESPECTFULLY SUBMITTED,

JAMES SABATINO
REG# 30906-004
USP ALLENWOOD
P.O. BOX 3000
WHITE DEER, PA. 17887

(2)