UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22638-CIV-COOKE/BANDSTRA

JAMES SABATINO,

    Plaintiff,

vs.

SEAN COMBS,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Emergency Motion to Prohibit Obstruction of Justice to the District Court Judge (D.E.32) filed on July 1, 2008. Upon review of this motion, the court file and applicable law, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Emergency Motion to Prohibit Obstruction of Justice to the District Court Judge is DENIED.

In so ruling, the Court notes that plaintiff's motion essentially requests this Court to issue an Order prohibiting the Federal Bureau of Prisons Office in Washington, D.C. from reviewing a prisoner's outgoing mail. On May 22, 2008, this Court granted plaintiff an extension of time up to and including July 22, 2008 in which to show cause why this Court has jurisdiction over this and related disputes, as opposed to an inmate grievance procedure, an administrative procedure or a federal court in Pennsylvania. To date, plaintiff has failed to file a response. Accordingly, plaintiff's requested relief is denied.

DONE AND ORDERED in Chambers, at Miami, Florida this 15th day of July, 2008.

_____
Ted E. Bandstra
Chief United States Magistrate Judge

Copies furnished to:
Honorable Marcia G. Cooke
Counsel of record